Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Tioga Townhomes, LLC

                Plaintiff,

vs.

Auto-Owners Insurance Company,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   4:14-cv-099

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☒ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Stipulation (Doc. 43) and Order (Doc. 45), judgment is entered against defendant Auto-Owners Insurance Company in the amount of $400,000, inclusive of pre-judgment interest, taxable costs and attorney's fees in favor of Tioga Townhomes, LLC.

Date: May 9, 2016

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Ashley Sanders, Deputy Clerk*