UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

---

Tioga Townhomes, LLC,             Court File No. 4:14-CV-099

    Plaintiff,

v.

Auto-Owners Insurance Company,

    Defendant.

---

### SATISFACTION OF JUDGMENT

Plaintiff Tioga Townhomes, LLC, by and through its undersigned counsel, hereby certifies that the Judgment in the above-entitled action, entered in the United States District Court for District of North Dakota, Northwestern Division, on the 9th day of May, 2016, in the amount of $400,000 in favor of said Tioga Townhomes, LLC and against Defendant Auto-Owners Insurance Company, has been satisfied in full, including all taxable costs and interest, and the Court is hereby authorized to satisfy and fully discharge said Judgment of record.

Dated this 31st of May, 2016

    /s/ Ronald J. Knoll
Ronald J. Knoll #05045
ANDERSON, BOTTRELL, SANDEN & THOMPSON
Attorneys for Plaintiff
4132 30th Avenue S.W., Suite 100
P. O. Box 10247
Fargo, ND  58106-0247
Phone: 701-235-3300

1963718.1